IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00772-WJM-MEH

ALAN KENNEDY,

    Plaintiff,

v.

DOUGLAS PAUL, Assistant Adjutant General, Colorado National Guard,
in his official capacity,
RICHARD SANDROCK, JFHQ Commander, Colorado National Guard,
in his official capacity,
CHARLES BEATTY, Chief of Staff (Army), Colorado National Guard,
in his official capacity,
KEITH ROBINSON, Staff Judge Advocate, Colorado National Guard,
in his official capacity,
LAURA CLELLAN, Adjutant General, Colorado National Guard,
in her official capacity,
DANIEL HOKANSON, Chief of the National Guard Bureau,
in his official capacity,
JOHN WHITLEY, Acting Secretary of the Army,
in his official capacity, and
LLOYD AUSTIN, Secretary of Defendant,
in his official capacity,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 22, 2021.**

    The above captioned case has been referred to Magistrate Judge Michael E. Hegarty pursuant to an Order of Reference. ECF 9.

    Pursuant to the Order of Reference, this Court will hold the Fed. R. Civ. P. 16(b) Scheduling Conference on **May 27, 2021**, at **10:30 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    <u>It is ORDERED that Plaintiff shall notify all parties who have not entered an appearance of the date and time of the Scheduling Conference</u>.

If this date is not convenient, the parties shall confer and contact my Chambers by email to obtain an alternate date. All parties must be copied on the email if they agree to change the conference date; otherwise, any party seeking to change the conference date must file a motion. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

The litigants (counsel and parties) and the public may appear at the conference either in person or by telephone. Anyone appearing in person must comply with General Order 2020-19, which may be accessed at www.cod.uscourts.gov. Anyone appearing by telephone shall call the following conference line at the appointed time:

Number: 888-278-0296
Access code: 8212991#

Please remember that, when you call in, you may be entering a proceeding already in progress for a different case; therefore, as you would if you were present in the courtroom, please ensure silence until your case is called.

It is further ORDERED that counsel for the parties and any unrepresented non-prisoner parties in this case are to hold a meeting in accordance with Fed. R. Civ. P. 26(f) on or before **May 13, 2021** and jointly prepare a proposed Scheduling Order. Pursuant to Fed. R. Civ. P. 26(d), only requests pursuant to Fed. R. Civ. P. 34 may be submitted before the Rule 26(f) meeting, unless otherwise ordered or directed by the Court. Pursuant to Fed. R. Civ. P. 34(b)(2)(A), responses to such discovery requests must be submitted no later than 30 days after the Rule 26(f) meeting, unless the parties stipulate or the Court orders otherwise.

The parties shall prepare the proposed Scheduling Order in accordance with the form that may be downloaded from the Forms section of the Court's website, www.cod.uscourts.gov.

The parties shall file the proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures, **no later than five business days** prior to the scheduling conference. **The proposed Scheduling Order is also to be submitted in an editable format (i.e., Word) by email to Magistrate Judge Hegarty at** *hegarty_chambers@cod.uscourts.gov*.

Parties not participating in ECF shall file their proposed Scheduling Order on paper with the clerk's office. However, if any party in this case is participating in ECF, it is the responsibility of that party to file the proposed scheduling order pursuant to the District of Colorado ECF Procedures.

Finally, the parties or counsel attending the Scheduling Conference should be prepared to informally discuss the case to determine whether early alternative dispute resolution is appropriate. There is no requirement to submit confidential position statements/letters to the Court at the Scheduling Conference nor to have the parties present.

Any out-of-state counsel shall comply with D.C. Colo. LAttyR 3 prior to the Scheduling Conference.

The parties are further advised that they shall not assume that the Court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by the Court may result in the imposition of sanctions.

In addition, **before filing a motion relating to a discovery dispute, the movant must request a conference with the Court** by submitting an email, copied to all parties, to *hegarty_chambers@cod.uscourts.gov*. *See* Fed. R. Civ. P. 16, cmt. 2015 Amendment. The Court will determine at the conference whether to grant the movant leave to file the motion.

**Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.** *See* **D.C. Colo. LCivR 83.2(b).**