IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 21-cv-772-WJM-MEH | Date: | July 7, 2021 |
| Courtroom Deputy: | Christopher Thompson | FTR: | A 501* |

*Parties:*                                              *Counsel:*

ALAN KENNEDY,                                           Pro Se
                                                        James Branum (by telephone)
    Plaintiff,

v.

DOUGLAS PAUL, et al.,                                   Jennifer Lake
                                                        Grant Sullivan
    Defendant.

**COURTROOM MINUTES/MINUTE ORDER
STATUS CONFERENCE**

**Court in session:**     10:38 a.m.

Court calls case.   Appearances of counsel.

Discussion held regarding the current status of the case and the Plaintiff's overview of his complaint.   The parties discuss the [ECF 28] *Motion for Entry of Default as to Defendant Douglas Paul, Defendant Richard Sandrock, Defendant Charles Beatty, Defendant Keith Robinson, Defendant Laura Clellan, Defendant Daniel Hokanson, Defendant Christine Wormuth, and Defendant Lloyd Austin* filed by the Plaintiff on June 23, 2021.   The Defendants have previously filed a [ECF 21] *Second Motion for Extension of Time to Respond to Amended Complaint* on June 18, 2021, leading to the Plaintiff agreeing to withdraw the motion, as stated on the record.

Discussion held regarding the Plaintiff's verbal request for a Preliminary Injunction which the Defendants oppose.

**ORDERED:**   The Plaintiff's [ECF 28] *Motion for Entry of Default as to Defendant Douglas Paul, Defendant Richard Sandrock, Defendant Charles Beatty, Defendant Keith Robinson, Defendant Laura Clellan, Defendant Daniel Hokanson, Defendant Christine Wormuth, and Defendant Lloyd Austin* is **DENIED AS MOOT** pursuant to the withdrawal of the motion by the Plaintiff, as stated on the record.

              The Defendants' [ECF 21] *Second Motion for Extension of Time to Respond to Amended Complaint* is **GRANTED** and the Defendants shall file an answer or

otherwise respond **on or before August 2, 2021.**

**Court in recess:**     **11:29 a.m.**     Hearing concluded.
Total in-court time:    00:51

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.