CUI



**NATIONAL GUARD BUREAU**
111 SOUTH GEORGE MASON DRIVE
ARLINGTON VA 22204-1373

EXHIBIT 3

26 July 2021

MEMORANDUM FOR ALL STATES, TERRITORIES, AND DISTRICT OF COLUMBIA

Subject: Applicability of DoDI 1325.06 to National Guard Personnel

References:  (a) 10 U.S.C. § 10503, Functions of National Guard Bureau: charter
(b) Department of Defense Directive 5105.77, "National Guard Bureau," 30 October 2015 Incorporating Change 1, October 10, 2017
(c) Department of Defense Instruction 1325.06, "Handling Dissident and Protest Activities Among Members of the Armed Forces," 27 November 2007

1. <u>Context</u>. The National Guard Bureau (NGB) has received queries from the states regarding the applicability of reference (c) to National Guard personnel in a non-federalized duty status, (title 32 and SAD) or no duty status.

2. <u>Clarification</u>. In coordination with the proponent of reference (c), Office of Legal Policy (OSD/OLP), this memorandum clarifies that reference (c) expressly prescribes policy applicable only to National Guard Service members in a title 10 duty status under federal command and control.

While this DoDI may not apply to National Guard personnel in a non-federalized duty status, other laws and regulations may apply. Please contact your state NG JAG for state specific guidance.

3. <u>Releasability</u>. This applicability notice is approved for public release.

4. <u>Point of Contact</u>. The point of contact is the undersigned at 703-607-3652 and kevin.a.mulcahy.mil@mail.mil.

KEVIN A. MULCAHY
Colonel, USAF
Deputy Director, Manpower and Personnel
National Guard Bureau

CUI