IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00772-WJM-MEH

ALAN KENNEDY,

    *Plaintiff*,

v.

DOUGLAS PAUL, Assistant Adjutant General, Colorado National Guard;
RICHARD SANDROCK, JFHQ Commander, Colorado National Guard;
CHARLES BEATTY, Chief of Staff (Army), Colorado National Guard;
KEITH ROBINSON, Staff Judge Advocate, Colorado National Guard;
LAURA CLELLAN, Adjutant General, Colorado National Guard;
DANIEL HOKANSON, Chief of the National Guard Bureau;
CHRISTINE WORMUTH, Secretary of the Army; and
LLOYD AUSTIN, Secretary of Defense,

in their official capacities,

    *Defendants*.

## NOTICE OF WITHDRAWAL OF APPEARANCE

1.    Pursuant to D.C.COLO.LCivR 83.3(d) and Fed. R. Civ. P. 23, the undersigned counsel intends to withdraw as counsel for Plaintiff, effective upon filing of amended complaint by Plaintiff, no later than November 1, 2021, as Plaintiff intends to amend to plead class action claims, and Plaintiff cannot be both named class representative and act as counsel for that class.

2.    Pursuant to D.C.COLO.LCivR 83.3(d), Plaintiff is personally responsible for complying with all court orders and time limitations established by any applicable rules. Counsel intends to file a motion for extension of time consistent with this motion, to permit Plaintiff to be adequately represented by counsel, timely amend the complaint, and comply with court orders.

Dated: October 1, 2021

By: /s/ Alan H. Kennedy
Alan H. Kennedy, Attorney at Law
151 Sterling Manor Dr. Apt. 3410
Williamsburg, VA 23185
Phone: (303) 345-3397
alan.kennedy@aya.yale.edu

**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

The undersigned certifies that on this date, the foregoing **Notice of Withdrawal of Appearance** was electronically served on all counsel of record and on the withdrawing attorney's client.

Dated: October 1, 2021

By: /s/ Alan H. Kennedy
Alan H. Kennedy, Attorney at Law
151 Sterling Manor Dr. Apt. 3410
Williamsburg, VA 23185
Phone: (303) 345-3397
alan.kennedy@aya.yale.edu

**ATTORNEY FOR PLAINTIFF**