IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:21-cv-00772-WJM-MEH

ALAN KENNEDY,

    Plaintiff,

v.

DOUGLAS PAUL, Assistant Adjutant General, Colorado National Guard;
RICHARD SANDROCK, JFHQ Commander, Colorado National Guard;
CHARLES BEATTY, Chief of Staff (Army), Colorado National Guard;
KEITH ROBINSON, Staff Judge Advocate, Colorado National Guard;
LAURA CLELLAN, Adjutant General, Colorado National Guard;
DANIEL HOKANSON, Chief of the National Guard Bureau;
LLOYD AUSTIN, Secretary of Defense; and
CHRISTINE WORMUTH, Secretary of the Army,

    Defendants.

## FINAL JUDGMENT

    PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motion to Dismiss [ECF 78] entered by the Honorable William J. Martínez on August 8, 2022, and incorporated herein by reference as if fully set forth, it is

    ORDERED that Defendants' Construed Motion [ECF 71 and 77] is granted. It is further

    ORDERED that Defendants' Joint Motion to Dismiss Second Amended Complaint [ECF 61] is denied as moot. It is further

    ORDERED that the Second Amended Complaint [ECF 57] is dismissed without prejudice. It is further

    ORDERED that parties shall bear their own costs. It is further

ORDERED that this case is closed.

DATED at Denver, Colorado this 8th day of August, 2022.

                                        FOR THE COURT:

                                        JEFFREY P. COLWELL, CLERK

                                        By: s/H. Guerra
                                              Deputy Clerk